PHILIP CORELL, Respondent, *v.* ALLIE L. SYLVESTER et al., as
　　Executors of LEWIS SYLVESTER, Deceased, Appellants.

　　Reported below, 137 App. Div. 888.
　　(Submitted May 16, 1910; decided May 20, 1910.)

　　MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered March 12, 1910, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover moneys alleged to have been paid by mistake.

　　The motion was made upon the grounds that the Appellate
Division unanimously decided that the verdict was supported
by the evidence and the exceptions were frivolous.

　　*Emanuel S. Cahn* for motion.

　　*L. Zinke* and *A. U. Zinke* opposed.

　　Motion denied, with ten dollars costs.